**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7632**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

SPENCER BOWENS, a/k/a Scooter, a/k/a Clyde, a/k/a Melvin
McCurdy, a/k/a Doc Johnson,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:98-cr-00110-REP)

_____

Submitted:  March 15, 2010         Decided:  March 30, 2010

_____

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Spencer Bowens, Appellant Pro Se.  David Novak, OFFICE OF THE
UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Bowens appeals the district court's order denying his motion to correct a clerical error pursuant to Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. Accordingly, although we grant Bowens's motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. United States v. Bowens, No. 3:98-cr-00110-REP (E.D. Va. Aug. 6, 2009); see United States v. Johnson, 571 F.3d 716, 717-18 (7th Cir. 2009) (finding that court did not have authority to correct calculation error in the presentence report pursuant to Rule 36). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2